**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6507

MAURICE CORTEZ PROCTOR,

Plaintiff - Appellant,

versus

CITY OF BALTIMORE, MARYLAND; STUART SIMMS,
State's Attorney for Baltimore City; TIMOTHY
DOORY, Assistant State's Attorney for Balti-
more City; PATRICIA JESSEMY, State's Attorney
for Baltimore City; STEPHANIE LANE-WEBER,
State Attorney General for Maryland; J. JOSEPH
CURRAN, JR., Attorney General for Maryland,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-
317-L)

Submitted: July 26, 2001          Decided: August 2, 2001

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maurice Cortez Proctor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice C. Proctor appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Proctor's motion for leave to proceed in forma pauperis and affirm on the reasoning of the district court. <u>Proctor v. City of Baltimore, MD</u>, No. CA-01-317-L (D. Md. filed Mar. 6, 2001; entered Mar. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>